United States District Court
Middle District of Florida
Orlando Division

*JAY McCAIG*

    *Plaintiff,*

v.                                    No. 6:22-cv-2173-RBD-DAB

*ORLANDO HEALTH, INC.*

    *Defendant.*

## Unopposed Motion for Special Admission

    David C. Gibbs, Jr., Esquire, moves for special admission to represent Jay McCaig in this action.

    I am neither a Florida resident nor a member in good standing of The Florida Bar.

    I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern and Northern District of Ohio.

    I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

David C. Gibbs, Jr.

## Local Rule 3.01(g) Certification

I have not conferred with the opposing party and but represent to the Court that the opposing party is not represented yet and has not been served so has not been advised to my special admission.

*/s/ David C. Gibbs, Jr., Esq.*
David C. Gibbs, Jr. (OBN: 0013362)
Gibbs & Associates Law Firm, LLC
6398 Thornberry Ct.
Mason, Ohio 45040
P: 513-234-5545
F: 888-500-4638